CHARLES A. SIGMOND, *Complainant*, v. LOUIS BURROWS, BARNEY HULTZ AND MAX LEVITH, *Defendants*.

Division B.

Decision Filed November 7, 1927.

*Franks & Franks* and *B. G. Adcock*, for Appellant;

*Kearley, Fisher, VanMetre* and *Chapman* and *Horblit & Wasserman* (of Boston, Mass.), for Appellees.

PER CURIAM.—This is an appeal from the order of the chancellor sustaining a demurrer to an original bill of ocmplaint and thereafter sustaining the demurrer to an amended bill of complaint and dismissing the bill of complaint. The same should be sustained and affirmed on authority of the opinion in the case of Massengale v. O'Hara, 63 Fla. 521, 58 Sou. 42, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.